

**Entered on Docket**
**April 06, 2005**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No. 96-45071T |
| IMAGINARIUM, INC. | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | **ORDER TO PAY UNCLAIMED FUNDS** |
| | ) | |

It appearing that the check(s) made payable to Rhonda Chase Design in the total amount of $2,786.55 was not cashed within the 90 day limit and an unclaimed money report was entered on November 6, 2002 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Rhonda Chase Design is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $2,786.55 to the order of Rhonda Chase Design, 4855 Ganner Court, Pleasanton, CA 94566.

Dated April 4, 2005

Leslie Tchaikovsky
UNITED STATES BANKRUPTCY JUDGE




RCD

COPY

R H O N D A C H A S E D E S I G N

**July 1, 2004**

Rhonda Chase Design
4855 Ganner Court
Pleasanton, CA 94566
600-0004 (phone and fax)

To Whom it May Concern,

My name is Rhonda Chase, sole proprietor of Rhonda Chase Design. I am writing this letter to claim a bankruptcy settlement in the amount of $2,786.55 (**Case No. 96-45071-T-11**). This amount is owed to me by Endup Corporation (formerly known as Imaginarium, Inc.) Federal I.D. #94-2971283.

I am claiming this money now as it has come to my attention, through a claims recovery agency, that there was a settlement that never reached me due to a move. I am entitled to this money as part of a bankruptcy settlement for partial payment of design services by Rhonda Chase Design. My old business addresses were 1833 Holland Drive, Walnut Creek, CA 94596 and 1827 Holland Drive, Walnut Creek, CA 94596. My current business and home address is 4855 Ganner Court, Pleasanton, CA 94566. My business phone # is 925-600-0004. My home phone # is 925-600-0948.

All of the information contained in this letter is true and correct under penalty of perjury.

Rhonda Chase,

**STATE OF CALIFORNIA**
**COUNTY OF ALAMEDA** **SS.**

Subscribed and sworn to before me
by RHONDA CHASE
this 1st day of JULY 2004

Notary's Signature

MICKEY LEFCOURT
Commission # 1297446
Notary Public - California
Alameda County
My Comm. Expires Apr 13, 2005

9 2 5 / 6 0 0 / 0 0 0 4 4 8 5 5 G A N N E R C O U R T / P L E A S A N T O N / C A 9 4 5 6 6

**UECKER & ASSOCIATES, INC.**

FILED
NOV 0 6 2002
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

October 29, 2002

Clerk
United States Bankruptcy Court
1301 Clay Street
Oakland, California 94604

In re: Imaginarium Inc. fkba EndUp Corporation
Case 96-45071T

Dear Sir or Madam:

I am the disbursing agent in the Chapter 11 case referenced above. I have made disbursements pursuant to the Plan of Reorganization. Sixteen checks were not cashed. Forty eight checks have been returned and I am unable to ascertain a forwarding address. The 180-day period has expired. Therefore, I enclose a check in the total amount of $157,519.38 for the claimants detailed on the enclosed listing.

If you have any questions on the enclosed, please do not hesitate to contact me.

Very truly yours,

Susan L. Uecker
Disbursing Agent

SLU/es
Enclosures

353 Sacramento Street, Suite 1160 ◆ San Francisco, CA 94111-3657
(415) 362-3440 ◆ Fax: (415) 362-7704

IMAGINARIUM, INC. fkba ENDUP CORPORATION
Case No. 96-45071T
Returned or Uncashed Checks

COPY

| Claimant name and address | Amount |
|---|---|
| A. H. PRISMATIC<br>139 MITCHELL AVE STE 101<br>SOUTH SAN FRANCISCO, CA 94080 | 431.53 |
| ALLPOINTS WAREHOUSING CO. INC.<br>4701 E 7th AVENUE<br>TAMPA, FL 33605 | 7,072.49 |
| ALTAPRINT<br>2121 N CALIFORNIA BLVD STE 100<br>WALNUT CREEK, CA 94596 | 3,727.87 |
| APPLE COMMERCIAL CREDIT CORP<br>OPPENHEIMER WOLFF & DONNELLY<br>1 CITICORP CNTR 153 E 53rd ST<br>NEW YORK, NY 10922-4611 | 25,171.86 |
| ARROW MARKETING & DEVELOPMENT<br>2019 WESTGATE AVE<br>LOS ANGELES, CA 90025 | 1,590.00 |
| ARSENAULT OLSON CORPORATION<br>4743 CLAYTON ROAD<br>CONCORD, CA 94521 | 29.59 |
| BERK CORPORATION<br>C/O ANDREA PETERSON<br>1080 CAROL LANE, STE 266<br>LAFAYETTE, CA 94549 | 10,238.70 |
| BROWNING-FERRIS INDUSTRIES<br>MINNEAPOLIS DISTRICT<br>P O BOX 1440<br>MINNEAPOLIS, MN 55440 | 160.47 |
| BUFFALO GAMES INC.<br>1956 PERTH AVE<br>SANTA ROSA, CA 95404 | 1,172.67 |
| CAPITOL HARDWARE<br>P O BOX 75194<br>CHICAGO, IL 60675-5194 | 21.97 |
| CARASSO CONSTRUCTION SERVICE<br>20321 LAKE FOREST DR D-5<br>LAKE FOREST, CA 92630 | 229.95 |
| CHASCO TOY CO<br>300 ROLYN PL<br>ARCADIA, CA 91007 | 3,584.84 |
| CHASE TOYS<br>SEVEN MEADOW DR<br>MILL VALLEY, CA 94941 | 56.37 |

IMAGINARIUM, INC. fkba ENDUP CORPORATION
Case No. 96-45071T
Returned or Uncashed Checks

| Claimant name and address | Amount |
|---|---|
| CHILDREN'S BOOK PRESS<br>5541 BLACK AVE<br>PLEASANTON, CA 94566 | 129.68 |
| COLORAMA CREATIONS<br>P O BOX 159<br>731 E. MARKET STREET<br>JEFFERSONVILLE, TN 47130 | 1,901.62 |
| COVERALL CLEANING CONCEPTS<br>COVERALL OF WISCONSIN INC<br>5375 N 118TH CT<br>MILWAUKEE, WI 53225 | 172.05 |
| DIRECT MARKETING RESOURCES INC<br>301 DUCK RD<br>GRANDVIEW, MO 64030-1664 | 260.41 |
| DIVERSIFIED SPECIALISTS INC.<br>30 PARAMON WY STE M<br>NOVATO, CA 94949 | 909.25 |
| DON FERNANDEZ PRODUCTIONS<br>P O BOX 24612<br>SAN JOSE, CA 95154 | 501.52 |
| EDEN TOYS<br>56 HILLBROOK<br>PORTOLA VALLEY, CA 94028 | 9,825.05 |
| ENVELOPE & PRINTING SERVICES<br>451 VICTORY AVE #6<br>SO SAN FRANCISCO, CA 94080 | 253.63 |
| ESSELTE METO<br>5468 TIMBERLEA BLVD UNIT 1<br>MISSISSAUGA, ON L4W 2T7 CANADA | 428.78 |
| FUTECH EDUCATIONAL<br>PRODUCTS INC.<br>2999 N 44th STREET STE 225<br>PHOENIX, AZ 85018-7248 | 725.41 |
| GAME WRIGHT<br>P O BOX 120<br>BOSTON, MA 02258 | 1,341.53 |
| GOLDEN BRIDGES SERVICES<br>140 FLORA AVE #114<br>WALNUT CREEK, CA 94595 | 88.81 |
| GREAT AMERICAN FUN CORP.<br>3656 PARAGON DRIVE<br>COLUMBUS, OH 43228 | 2,857.04 |

# IMAGINARIUM, INC. fkba ENDUP CORPORATION
## Case No. 96-45071T
## Returned or Uncashed Checks

| Claimant name and address | Amount |
|---|---|
| HANSEN HOUSE | 475.13 |
| 431 NO BUCHANAN CIR #2 | |
| PACHECO, CA 94553 | |
| HARPER COLLINS PUBLISHERS | 4,243.29 |
| 24303 WOOLSEY CANYON RD | |
| BOX 1 | |
| WEST HILLS, CA 91304-1118 | |
| HUNT WEBER CLARK DESIGNS | 214.29 |
| 525 BRANNAN ST STE 302 | |
| SAN FRANCISCO, CA 94107 | |
| HUTCH SPORTS (HUTCH/FORSTER) | 2,119.42 |
| 1835 AIRPORT EXCHANGE BLV #100 | |
| ERLANGER, KY 41018 | |
| IRWIN | 9,199.93 |
| 27132A PASEO ESPADA STE 405 | |
| SAN JUAN CAPISTRANO, CA 92675 | |
| KIDBOARD INC | 2,429.99 |
| 7416 WASHINGTON AVE SOUTH | |
| EDEN PRARIE, MN 55344 | |
| KIDS ONLY | 1,894.90 |
| 835 W OLIVE ST | |
| INGLEWOOD, CA 90301 | |
| L.A.-TEL S.F. BAY AREA, INC. | 72.20 |
| 2833 JUNCTION AVE STE 106 | |
| SAN JOSE, CA 95134 | |
| LAKELAND SUPPLY INC | 61.31 |
| W227 N764 WESTMOUNT DRIVE | |
| WAUKESHA, WI 53186 | |
| LEP PROFIT INTERNATIONAL | 14.28 |
| P O BOX 930476 | |
| ATLANTA, GA 33193 | |
| LIFELINE INDUSTRIES INC | 1,515.02 |
| 23011 ALCALDE DR | |
| LAGUNA HILLS, CA 92653 | |
| LIVING & LEARNING | 424.53 |
| 4383 HECKTOWN RD | |
| BETHELEM, PA 18017 | |
| LYONS GROUP | 16,026.04 |
| 2435 N. CENTRAL EXPRESSWY 1600 | |
| RICHARDSON, TX 75080-2734 | |

IMAGINARIUM, INC. fkba ENDUP CORPORATION

Case No. 96-45071T

Returned or Uncashed Checks

| Claimant name and address | Amount |
|---|---|
| MARIA VERONICA MONTES<br>597 FREEHAVEN DRIVE<br>MONTECITO, CA 93108 | 21.75 |
| MILWAUKEE PAPER COMPANY<br>GOLDEN STATE PAPER COMPANY<br>697 EXECUTIVE DR<br>WILLOWBROOK, IL 60521 | 327.78 |
| MOORE & PRICE DESIGN GRP INC<br>163 EVERETT AVE<br>PALO ALO, CA 94301 | 903.45 |
| MOORE RETAIL BUILDING GRP INC<br>2110 CASTRO ST<br>SAN FRANCISCO, CA 94131 | 6,392.92 |
| NANCY TOBIN ILLUSTRATION<br>95 NEWTON STREE<br>SAN FRANCISCO, CA 94112 | 486.30 |
| PACK PHOTOGRAPHY<br>223 MISSISSIPPI STREET<br>SAN FRANCISCO, CA 94107 | 1,010.80 |
| PAGENET PAGING NETWORK<br>7677 OAKPORT ST STE 300<br>OAKLAND, CA 94621-1933 | 15.47 |
| PAPA GEPPETO'S<br>P O BOX 3567<br>BLAINE, WA 98231-3567 | 2,230.90 |
| PEACEABLE KINGDOM PRESS<br>THE BOOKSOURCE INC.<br>1230 MACKILIND AVE<br>ST. LOUIS, MO 63110 | 919.86 |
| PENTECH INTERNATIONAL INC.<br>C/O DOUG CASON<br>7 MEADOW DRIVE<br>MILL VALLEY, CA 94941 | 8,074.61 |
| PEST CONTROL<br>4307 BELMONT<br>DALLAS, TX 75204 | 24.37 |
| PLAY-TECH INC.<br>P O BOX 807<br>NOVATO, CA 94948 | 3,291.38 |
| PRESTO PRINTS<br>9240 CLAIRMONT MESA BLVD<br>SAN DIEGO, CA 92123 | 6.43 |

IMAGINARIUM, INC. fkba ENDUP CORPORATION
Case No. 96-45071T
Returned or Uncashed Checks

| Claimant name and address | Amount |
|---|---|
| RHONDA CHASE DESIGN ILLUSTRATN | 2,786.55 |
| 1827 HOLLAND DR | |
| WALNUT CREEK, CA 94596 | |
| SHARED TECHNOLOGIES INC | 14.42 |
| 13470 WASHINGTON BLVD #202 | |
| MARINA DEL RAY, CA 90292 | |
| SOLUTIONS UNLIMITED | 5,894.15 |
| WILSON'S ART STUDIO INC | |
| 1848 N ORANGETHORPE PK | |
| ANAHEIM, CA 92801-1177 | |
| SSI DISTRIBUTION | 1,396.18 |
| 27758 SANTA MARGARITA PKWY #1 | |
| P O BOX 7500 | |
| STORES PROTECTION ASSOCIATION | 55.97 |
| 4195 VALLEY FAIR STE 204 | |
| SIMI VALLEY, CA 93063 | |
| STORYTIME CREATIONS | 384.40 |
| 3947 WILSON AVE | |
| CASTRO VALLEY, CA 94546 | |
| TERMINIX | ~~12.42~~ 12.47 |
| 1619 N. BRIAN STREET | |
| ORANGE, CA 92667 | |
| TOM PETERS GROUP | 30.74 |
| P O BOX 652 | |
| MOUNT MORRIS, IL 60154 | |
| TOY SENSE INC | 1,274.44 |
| 257 N AMPHLETT BLVD | |
| SAN MATEO, CA 94401-1805 | |
| WHITE SWAN | 3,782.34 |
| 8030 S W NIMBUS | |
| BEAVERTON, OR 97008 | |
| WILLIAM MORROW & CO INC | 4,247.20 |
| P O BOX 11167 | |
| NEW YORK CITY NY 10249 | |
| ZEBRA TOWN INC | 2,361.08 |
| 2360 BROADWAY | |
| SAN FRANCISCO, CA 94115 | |
| Total | ~~157,519.33~~ 157,519.38 |

Per e-mail @ Uecker & Assoc. SV 11/5/02

10/29/02 at 11:04 AM



RHONDA CHASE DESIGN AND ILLUSTRATION
1827 Holland Drive, Walnut Creek, CA 94596 Phone/Fax 510-945-0507

Date: June 10, 1996

Invoice Number: RCD393

Client: Letitia Roth
Imaginarium
1600 Riviera Ave, Ste. 280
Walnut Creek, CA 94596
(510) 930-8666

| | |
|---|---|
| Fee | $ 2010.00 |
| Expenses | $ 723.25 |
| Advances | $ 0.00 |
| Balance | $ 2733.25 |
| Sales Tax | $ 222.61 |
| Balance Due | $ 2955.86 |

Net 30 Days

PROJECT: To Market, To Market Product Label
Imaginarium Job #261-03-10
Job description as per our proposal #QUO122

These invoices were unpaid due to the bankruptcy -RC

FEES:

| | |
|---|---|
| 22 hours @ $55/hr = | $1210. |
| Illustrations: | |
| 1 Piggies at market scene | $500. |
| 1 Romping piggies | $300. |
| | --------- |
| | $2010. |

EXPENSES:

| | |
|---|---|
| 2 color proof s (Tabloid) | $ 30.00 |
| 2 digital scans of artwork | $156.25 |
| 1 5c Film + proofs | $502.50 |
| 2 Fedex @$17.50 | $ 35.00 |
| | --------- |
| | $723.75 |

INVOICE

RHONDA CHASE DESIGN AND ILLUSTRATION
1827 Holland Drive, Walnut Creek, CA 94596 Phone/Fax 510-945-0507

Date: May 13, 1996

Invoice Number: RCD403

Client: Denise Hillman
Imaginarium
1600 Riviera Ave, Ste. 280
Walnut Creek, CA 94596
(510) 930-8666

| | |
|---|---|
| Fee | $ 275.00 |
| Expenses | $ 141.00 |
| Advances | $ 0.00 |
| Balance | $ 416.00 |
| Sales Tax | $ 34.32 |
| Balance Due | $ 450.32 |

Net 30 Days

PROJECT: Birthday T-Shirt

FEES:

Design, layout & production
5 hrs. @ $55 = $275

EXPENSES:

| | |
|---|---|
| 1 Color proof | $ 10 |
| Film + proofs | $131 |
| | ------ |
| | $141 |

INVOICE

RHONDA CHASE DESIGN AND ILLUSTRATION
1827 Holland Drive, Walnut Creek, CA 94596 Phone/Fax 510-945-0507

Date: May 28, 1996

Invoice Number: RCD414

Client: Letitia Roth
Imaginarium
1600 Riviera Ave, Ste. 280
Walnut Creek, CA 94596
(510) 930-8666

| | |
|---|---|
| Fee | $ 1100.00 |
| Expenses | $ 451.64 |
| Advances | $ 0.00 |
| Balance | $ 1551.64 |
| Sales Tax | $ 121.73 |
| Balance Due | $ 1673.37 |

Net 30 Days

PROJECT: "My Bucket of Linking Shapes"
Job description as per our proposal #QUO134

FEES:

20 hours @ $55/hr = $1100.

EXPENSES:

| | |
|---|---|
| 1 color proof (Tabloid) | $ 15.00 |
| 5c Positive Film + proofs | $360.62 |
| 1 Fedex film to vendor | $ 29.31 |
| 1 Customs Duties & G.S.T. | $ 46.71 |
| | --------- |
| | $451.64 |

INVOICE

Case: 96-45071 Doc# 1274 Filed: 04/04/05 Entered: 04/06/05 10:45:54 Page 11 of 23

RHONDA CHASE DESIGN AND ILLUSTRATION
1827 Holland Drive, Walnut Creek, CA 94596 Phone/Fax 510-945-0507

Date: April 29, 1996

Invoice Number: RCD419

Client: Denise Hillman
Imaginarium
1600 Riviera Ave, Ste. 280
Walnut Creek, CA 94596
(510) 930-8666

| | |
|---|---|
| Fee | $ 317.00 |
| Expenses | $ 45.00 |
| Advances | $ 0.00 |
| Balance | $ 362.00 |
| Sales Tax | $ 29.87 |
| Balance Due | $ 391.87 |

Net 30 Days

PROJECT: MCI pre-paid phone cards

FEES:

As per our fax of 4/25,

| | | |
|---|---|---|
| 3.5 | hours design, production @ $55 | $192 |
| 1 | bear illustration | $125 |
| | | ------- |
| | | $317 |

EXPENSES:

| | | |
|---|---|---|
| 1 | CMYK 300dpi scan | $ 25 |
| 1 | 88MB Syquest disk | $ 72 |
| 1 | Credit for disk returned | - $ 72 |
| 2 | Epson color 8.5"x11" | $ 20 |
| | | ------- |
| | | $ 45 |

INVOICE

RHONDA CHASE DESIGN AND ILLUSTRATION
1827 Holland Drive, Walnut Creek, CA 94596 Phone/Fax 510-945-0507

Date: May 24, 1996

Invoice Number: RCD419B

Client: Denise Hillman
Imaginarium
1600 Riviera Ave, Ste. 280
Walnut Creek, CA 94596
(510) 930-8666

| | |
|---|---|
| Fee | $ 55.00 |
| Expenses | $ 35.00 |
| Advances | $ 0.00 |
| Balance | $ 90.00 |
| Sales Tax | $ 4.54 |
| Balance Due | $ 94.54 |

Net 30 Days

PROJECT: MCI pre-paid phone cards — Late changes

FEES:

1 hour production @ $55 = $55

EXPENSES:

2 Fedex Paks@ $17.50 = $35

2 Syquest disks NO CHARGE
(Already returned from MCI.)

INVOICE

RHONDA CHASE DESIGN AND ILLUSTRATION
1827 Holland Drive, Walnut Creek, CA 94596 Phone/Fax 510-945-0507

Date: May 28, 1996

Invoice Number: RCD422

Client: Cynthia Mendell
Imaginarium
1600 Riviera Ave, Ste. 280
Walnut Creek, CA 94596
(510) 930-8666 x8432

| | |
|---|---|
| Fee | $ 647.00 |
| Expenses | $ 82.50 |
| Advances | $ 0.00 |
| Balance | $ 729.50 |
| Sales Tax | $ 58.74 |
| Balance Due | $ 788.24 |

Net 30 Days

PROJECT: Imaginarium Point of Purchase, MCI Pre-paid Phone Card Promo

FEES:

Design, layout and production of:

| | |
|---|---|
| Bright-Buys sign topper | |
| 1.5 hrs @ $55 = | $ 82 |
| 8.5"x11" CMYK Sign | $250 |
| 22"x28" 3 PMS Leaseline Sign | $315 |
| | ------ |
| | $647 |

EXPENSES:

| | |
|---|---|
| 1 CMYK 5"x7" scan | $25 |
| Epson Color Prints: | |
| 1 Letter | $10 |
| 2 Tabloid @ $15 | $30 |
| 1 Fedex to Sol'ns Unlimited | $17.50 |
| | -------- |
| | $82.50 |

INVOICE

RHONDA CHASE DESIGN AND ILLUSTRATION
1827 Holland Drive, Walnut Creek, CA 94596 Phone/Fax 510-945-0507

Date: June 6, 1996

Invoice Number: RCD427

Client: Cynthia Mendell
Imaginarium
1600 Riviera Ave, Ste. 280
Walnut Creek, CA 94596
(510) 930-8666 x8432

| | |
|---|---|
| Fee | $ 302.50 |
| Expenses | $ 30.00 |
| Advances | $ 0.00 |
| Balance | $ 332.50 |
| Sales Tax | $ 27.43 |
| Balance Due | $ 359.93 |

Net 30 Days

PROJECT: MCI Pre-paid Phone Card Standing Sign, 8.5"x11"

FEES:

As per quote #QUO145,

| | |
|---|---|
| Design, layout & production | 3.5 hrs |
| Illustration of border icons | 2.0 hrs |
| | --------- |
| | 5.5 hrs |
| | x $55/hr |
| | = $302.50 |

EXPENSES:

Epson Color Prints: $30
1 Tabloid+ @ $15
1 8.5"x"11"+ @ $15

INVOICE

JEFFREY L. SCHAFFER (No. 91404)
GARY M. KAPLAN (No. 155530)
HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: 415/434-1600

Attorneys for Debtor ENDUP CORPORATION (formerly known as IMAGINARIUM, INC.)

TERRENCE V. PONSFORD (No. 42648)
CARL R. GOLDBERG (No. 154881)
BRONSON, BRONSON & MCKINNON LLP
505 Montgomery Street
San Francisco, CA 94111-2514
Telephone: 415/986-4200

Attorneys for UNSECURED CREDITORS COMMITTEE

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ENDUP CORPORATION (formerly known as IMAGINARIUM, INC.), a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-2971283 | Case No. 96-45071 T<br><br>Chapter 11 Case<br><br><u>HEARING</u><br>Date: November 17, 1997<br>Time: 3:00 p.m.<br>Place: 1300 Clay Street<br>Courtroom 201<br>Oakland, California |

NOTICE OF ENTRY OF ORDER APPROVING DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT PLAN OF REORGANIZATION AND CONFIRMING SECOND AMENDED JOINT PLAN

**PLEASE TAKE NOTICE** that on November 20, 1997, the above-captioned Bankruptcy Court entered its Order Approving Disclosure Statement for Second Amended Joint Plan of Reorganization and Confirming Second Amended Joint Plan, a copy of which is attached as Exhibit "A" hereto.

DATED: November 20, 1997.

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN
A Professional Corporation

By [signature]
GARY M. KAPLAN

Attorneys for Debtor ENDUP CORPORATION (formerly known as IMAGINARIUM, INC.)

Case: 96-45071 Doc# 1274 Filed: 04/04/05 Entered: 04/06/05 10:45:54 Page 16 of 23

JEFFREY L. SCHAFFER (No. 91404)
GARY M. KAPLAN (No. 155530)
HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Telephone: 415/434-1600
Facsimile: 415/399-3041

Attorneys for Debtor ENDUP CORPORATION (formerly known as IMAGINARIUM, INC.)

TERRENCE V. PONSFORD (No. 42648)
CARL R. GOLDBERG (No. 154881)
BRONSON, BRONSON & MCKINNON LLP
505 Montgomery Street
San Francisco, CA 94111-2514
Telephone: 415/986-4200
Facsimile: 415/982-1394

Attorneys for OFFICIAL UNSECURED CREDITORS' COMMITTEE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ENDUP CORPORATION (formerly known as IMAGINARIUM, INC.), a California corporation,<br><br>Debtor.<br><br>Federal I.D. No. 94-2971283 | Case No. 96-45071 T<br><br>Chapter 11 Case<br><br>HEARING<br><br>Date: November 17, 1997<br>Time: 3:00 p.m.<br>Place: 1300 Clay Street<br>Courtroom 201<br>Oakland, California |

ORDER APPROVING DISCLOSURE STATEMENT FOR SECOND AMENDED JOINT PLAN OF REORGANIZATION AND CONFIRMING SECOND AMENDED JOINT PLAN

# EXHIBIT A

At the date and time set forth above, the Court held a hearing on (1) final approval of the Disclosure Statement For Second Amended Joint Plan Of Reorganization ("Disclosure Statement"), and (2) confirmation of the Second Amended Joint Plan of Reorganization, as modified ("Plan") proposed jointly by EndUp Corporation, formerly known as Imaginarium, Inc., the debtor and debtor-in-possession in the above-captioned case ("Debtor"), and the Official Committee of Unsecured Creditors (the "Committee") (collectively, "Proponents"). Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, by Jeffrey L. Schaffer, Esq. and Gary M. Kaplan, Esq., appeared for the Debtor. Bronson, Bronson & McKinnon LLP, by Terrence V. Ponsford, Esq. and Carl R. Goldberg, Esq., appeared for the Committee. Other appearances were as noted in the record.

The Court has received no written objections to either approval of the Disclosure Statement or confirmation of the Plan.

**NOW, THEREFORE, THE COURT DETERMINES AS FOLLOWS, AFTER HEARING ON NOTICE:**

a. The Plan complies with the applicable provisions of title 11 of the United States Code.

b. The Proponents have complied with the applicable provisions of title 11 of the United States Code.

c. The Plan has been proposed in good faith and not by any means forbidden by law.

d. Any payment made or to be made by the Proponents for services or for costs and expenses in or in connection with the case, or in connection with the Plan and incident to the case, has been approved by, or is subject to the approval of, the Bankruptcy Court as reasonable.

e. The Proponents of the Plan have disclosed the identity and affiliations of all individuals proposed to serve, after confirmation of the Plan, as a director or officer of the Debtor; and (i) the appointment to, or continuance in, such office of such individual, is consistent with the interests of creditors and equity security holders and with public policy; and (ii) the Proponents of the Plan have disclosed the identity of any insider that will be employed or retained by the Debtor, and the nature of any compensation for such insider.

f. The Plan does not provide for changes of regulated rates subject to the jurisdiction of a regulatory commission.

g. With respect to each impaired class of claims or interests, each holder of a claim or interest in such class has accepted the Plan or will receive property of a value not less than the amount such claimant would receive if the debtor were liquidated under chapter 7 of the Bankruptcy Code, as follows:

(1) Each holder of a claim in Class 3[1] (Allowed General Unsecured Claims) has accepted the Plan, or will receive as much as it would receive in a liquidation under Chapter 7;

(2) Each holder of a Class 4 interest (Allowed Interests) will receive no distributions under the Plan, and would receive nothing in a liquidation under chapter 7; and

(3) There are no other impaired classes of claims or interests as Class 1 and Class 2 are not impaired.

h. Except for Class 4, each class of claims or interest has accepted the Plan, or is not impaired under the Plan, as follows:

(1) Class 1 (Allowed Secured Claims) is not impaired;

(2) Class 2 (Priority Claims) is not impaired;

(3) Class 3 (Allowed General Unsecured Claims) has accepted the Plan.

i. The Plan does not discriminate unfairly against, and is fair and equitable, pursuant to 11 U.S.C. § 1129(b), with respect to Class 4 (Allowed Interests) as no holder of any interest that is junior to the interests of such class will receive or retain any property under the Plan on account of such junior interest.

j. The Plan accords all priority claimants treatment in accordance with 11 U.S.C. § 1129(a)(9).

k. At least one non-insider class of impaired claims [Class 3] has accepted the Plan.

l. Confirmation of the Plan is not likely to be followed by liquidation or the need for further financial reorganization of the Debtor or any successor to the Debtor under the Plan.

m. All fees payable under 28 U.S.C. § 1930 in this Chapter 11 case have been paid or the Plan provides for payment of all such fees on the effective date of the Plan.

n. No payment of retiree benefits is required under the Plan.

o. The Plan, as modified by order of this Court, meets the requirements of 11 U.S.C. §§ 1122 and 1123 as contemplated in 11 U.S.C. § 1127(a), and no additional disclosure pursuant to 11 U.S.C. § 1125 is necessary or warranted.

---

[1] Any capitalized terms not defined herein shall have the meaning set forth in the Plan.

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Disclosure Statement is approved.

2. The Plan is confirmed.

3. As a result of confirmation, the provisions of the Plan shall bind the Debtor, any entity acquiring property under the Plan, any creditor, and any equity security holder, whether or not the claim of such creditor or equity security holder is impaired under the Plan, and whether or not such creditor or equity security holder has accepted the Plan.

4. As a result of confirmation of the Plan, upon entry of this Order, all property of the Estate is vested in the Debtor, free and clear of any claims or interests whatsoever, including, but not limited to, security interests in assets of the Debtor, except as specifically retained or granted under the Plan.

5. Uecker and Associates shall be the Disbursing Agent under the Plan. Upon vesting of all property of the Estate in the Debtor following entry of this Order (as set forth in the preceding paragraph), all of the Debtor's Cash shall be transferred to the Disbursing Agent, without further order of this Court, to be held in trust for holders of all Allowed Claims and payment of amounts owed as contemplated by the Plan. Such Cash shall be invested by the Disbursing Agent in investments commensurate with prudent business practices and appropriate under the circumstances (which may include investments in United States Treasury securities), in such amounts and upon such terms as a reasonable and prudential fiduciary would select and with a view towards sufficient liquidity to make the distributions contemplated by the Plan, pursuant to Article VI.B.1. of the Plan.

6. Upon vesting of all property of the Estate in the Debtor following entry of this Order (as set forth in paragraph 4, above), all of the Retained Claims and Defenses shall be transferred to the Committee without further order of this Court. The Committee is authorized to prosecute, settle or abandon the Retained Claims and Defenses, in the exercise of its reasonable business judgment.

7. The Committee is authorized to object to, compromise, allow or seek disallowance of Claims, as provided under Article VI.A. of the Plan. The Committee is authorized to compromise Disputed Claims as provided under Article VI.E. of the Plan.

8. The Effective Date of the Plan shall be the first business day (i) which is at least twenty (20) days following the date on which this Order is entered, and (ii) on which no stay of this Order is in effect.

9. The Debtor and the Committee shall continue in existence after entry of this Order to aid in implementation of the Plan, as set forth in Article VI.C. of the Plan. The Debtor, the Committee and the Disbursing Agent are authorized to take any and all acts necessary for the consummation of the Plan.

10. Following distribution of the funds pursuant to the Plan, the Debtor shall take all appropriate actions necessary to wind up its business affairs.

11. Any person (excluding Professionals) seeking payment of any Administrative Claim under 11 U.S.C. § 503(b) or asserting a priority claim under 11 U.S.C. § 507(a)(1) arising on or after April 1, 1997 and prior to the entry of this Order must file with this Court its request for payment of such Administrative Claim and serve it on counsel for the Debtor and counsel for the Committee and the Office of the United States Trustee on or before the date which is thirty (30) days after the Effective Date, or such claims shall be forever barred and shall not participate in any Distributions.

12. Any Professional seeking compensation for services rendered or reimbursement of expenses incurred in this Chapter 11 case prior to the Effective Date, shall file an application for allowance of such compensation or reimbursement on or before the date which is sixty (60) days after the Effective Date.

13. Any Professional seeking compensation for services rendered or reimbursement of expenses incurred after the Effective Date shall comply with the provisions of Article VIII.B. of the Plan.

14. Any Claims arising on or after April 1, 1997 from the rejection pursuant to 11 U.S.C. § 365 of any unexpired lease or executory contract during this bankruptcy case or pursuant to the Plan, must be filed with this Court and served on counsel for the Debtor and counsel for the Committee and the Office of the United States Trustee on or before the date which is thirty (30) days after the Effective Date, or such claims shall be forever barred and shall not participate in any Distributions.

15. This Court shall retain jurisdiction of the matters set forth in Article X of the Plan.

16. The Committee shall file an application for entry of final decree, or an application for extension of time to do so, within one (1) year after the Effective Date of the Plan.

DATED: November 17, 1997

/s Leslie Tchaikovsky
HONORABLE LESLIE TCHAIKOVSKY
UNITED STATES BANKRUPTCY JUDGE

111997/f-1173601:/197/374163/v3

Case: 96-45071 Doc# 1274 Filed: 04/04/05 Entered: 04/06/05 10:45:54 Page 21 of 23



IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | ) | |
| | ) | Case No 96-45071 |
| | ) | |
| | ) | Chapter 7 |
| Imaginarium, Inc. | ) | |
| Debtor(s) | ) | **NOTICE OF SERVICE** |
| | ) | |

Notice is hereby given to the court that on (date) Aug. 2, 2004, a copy of this application, claiming funds on behalf of creditor Rhonda Chase Design, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102._

[signature]
Petitioner's Signature

Rhonda Chase
Type or Print Name





COPY

CALIFORNIA
DRIVER LICENSE
CLASS:C
EXPIRES 10-18-07
C6125589
RHONDA BETH CHASE
4855 GANNER CT
PLEASANTON CA 94566
SEX:F
HT:5-02
HAIR:BRN
WT:160
EYES:BRN
DOB:10-18-62
09/09/2002 235 AB FD/07

Annual Reports

Rhonda B. Chase — Catalogs

ART DIRECTION — Corporate Identity

Point-of-Purchase

Corporate Publications

HOLLAND DR · WALNUT CREEK / CA

RCD
RHONDA CHASE DESIGN
Phone/Fax: 925 600 0004
4855 Ganner Court
Pleasanton, California 94566

