UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 27 2005
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

In re:

Imaginarium Inc.

Debtor(s)

Case No: 96-45071

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Eden Toys, in the amount of 9,825.05 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that RC2 Corporation C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $9,825.05, to:

    RC2 Corporation
    C/o Dilks & Knopik, LLC
    PO Box 502
    Redmond, WA 98073-0502.

Dated: 7/27/05

Leslie Tchaikovsky
United States Bankruptcy Judge

In re:

Imaginarium Inc.

Case No: 96-45071

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for RC2 Corporation, claimant, hereby petitions the Court for $9,825.05, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Eden Toys, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

Eden Toys, Inc. uses the trade name Eden, as evidenced by exhibit A. RC2 Corporation, following its acquisition of Learning Curve International, inc., acquired Eden Toys, Inc. and its trade name, Eden, as evidenced by exhibits B & C. Jody Taylor is the CFO of RC2 Corporation and is authorized to sign on behalf of the company, as evidenced by Exhibit B, page 4.

The Creditor's mailing address at the time the claim was filed with the Court was:

Eden Toys
56 Hillbrook
Portola Valley, CA 94028

The claimant's current mailing address is:

RC2 Corporation
Attn: Jody Taylor - CFO
1111 W. 22 St. Suite 320
Oak brook, IL 60523
312-981-7000
Last four digits of SS#/Tax ID: 8307

Dated: 9/28/2004

Brian J. Dilks
Dilks & Knopik, LLC
PO Box 502, Redmond, WA 98073-0502
(425) 836-5728

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Subscribed and Sworn Before Me this __28__ day of __September__, 20__04__.

SEAL  _____Caryn M. Knopik_____
Caryn M. Knopik, Notary Public

My commission expires: July 29, 2006
Notary in and for the State of Washington



2

# UECKER & ASSOCIATES, INC.


FILED

NOV 0 6 2002

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

October 29, 2002

Clerk
United States Bankruptcy Court
1301 Clay Street
Oakland, California 94604

In re:  Imaginarium Inc. fkba EndUp Corporation
        Case 96-45071T

Dear Sir or Madam:

I am the disbursing agent in the Chapter 11 case referenced above. I have made disbursements pursuant to the Plan of Reorganization. Sixteen checks were not cashed. Forty eight checks have been returned and I am unable to ascertain a forwarding address. The 180-day period has expired. Therefore, I enclose a check in the total amount of $157,519.38 for the claimants detailed on the enclosed listing.

If you have any questions on the enclosed, please do not hesitate to contact me.

Very truly yours,

Susan L. Uecker
Disbursing Agent

SLU/es
Enclosures

353 Sacramento Street, Suite 1160 ♦ San Francisco, CA 94111-3657

IMAGINARIUM, INC. fkba ENDUP CORPORATION
Case No. 96-45071T
Returned or Uncashed Checks

| Claimant name and address | Amount |
|---|---|
| A. H. PRISMATIC | 431.53 |
| 139 MITCHELL AVE STE 101 | |
| SOUTH SAN FRANCISCO, CA 94080 | |
| ALLPOINTS WAREHOUSING CO. INC. | 7,072.49 |
| 4701 E 7th AVENUE | |
| TAMPA, FL 33605 | |
| ALTAPRINT | 3,727.87 |
| 2121 N CALIFORNIA BLVD STE 100 | |
| WALNUT CREEK, CA 94596 | |
| APPLE COMMERCIAL CREDIT CORP | 25,171.86 |
| OPPENHEIMER WOLFF & DONNELLY | |
| 1 CITICORP CNTR 153 E 53rd ST | |
| NEW YORK, NY 10022-4611 | |
| ARROW MARKETING & DEVELOPMENT | 1,590.00 |
| 2019 WESTGATE AVE | |
| LOS ANGELES, CA 90025 | |
| ARSENAULT OLSON CORPORATION | 29.59 |
| 4743 CLAYTON ROAD | |
| CONCORD, CA 94521 | |
| BERK CORPORATION | 10,238.70 |
| C/O ANDREA PETERSON | |
| 1080 CAROL LANE, STE 266 | |
| LAFAYETTE, CA 94549 | |
| BROWNING-FERRIS INDUSTRIES | 160.47 |
| MINNEAPOLIS DISTRICT | |
| P O BOX 1440 | |
| MINNEAPOLIS, MN 55440 | |
| BUFFALO GAMES INC. | 1,172.67 |
| 1956 PERTH AVE | |
| SANTA ROSA, CA 95404 | |
| CAPITOL HARDWARE | 21.97 |
| P O BOX 75194 | |
| CHICAGO, IL 60675-5194 | |
| CARASSO CONSTRUCTION SERVICE | 229.95 |
| 20321 LAKE FOREST DR D-5 | |
| LAKE FOREST, CA 92630 | |
| CHASCO TOY CO | 3,584.84 |
| 300 ROLYN PL | |
| ARCADIA, CA 91007 | |
| CHASE TOYS | 56.37 |
| SEVEN MEADOW DR | |
| MILL VALLEY, CA 94941 | |

| Claimant name and address | Amount |
|---|---|
| CHILDREN'S BOOK PRESS | 129.68 |
| 5541 BLACK AVE | |
| PLEASANTON, CA 94566 | |
| COLORAMA CREATIONS | 1,901.62 |
| P O BOX 159 | |
| 731 E. MARKET STREET | |
| JEFFERSONVILLE, TN 47130 | |
| COVERALL CLEANING CONCEPTS | 172.05 |
| COVERALL OF WISCONSIN INC | |
| 5375 N 118TH CT | |
| MILWAUKEE, WI 53225 | |
| DIRECT MARKETING RESOURCES INC | 260.41 |
| 301 DUCK RD | |
| GRANDVIEW, MO 64030-1664 | |
| DIVERSIFIED SPECIALISTS INC. | 909.25 |
| 30 PARAMON WY STE M | |
| NOVATO, CA 94949 | |
| DON FERNANDEZ PRODUCTIONS | 501.52 |
| P O BOX 24612 | |
| SAN JOSE, CA 95154 | |
| EDEN TOYS | 9,825.05 |
| 56 HILLBROOK | |
| PORTOLA VALLEY, CA 94028 | |
| ENVELOPE & PRINTING SERVICES | 253.63 |
| 451 VICTORY AVE #6 | |
| SO SAN FRANCISCO, CA 94080 | |
| ESSELTE METO | 428.78 |
| 5468 TIMBERLEA BLVD UNIT 1 | |
| MISSISSAUGA, ON L4W 2T7 CANADA | |
| FUTECH EDUCATIONAL PRODUCTS INC. | 725.41 |
| 2999 N 44th STREET STE 225 | |
| PHOENIX, AZ 85018-7248 | |
| GAME WRIGHT | 1,341.53 |
| P O BOX 120 | |
| BOSTON, MA 02258 | |
| GOLDEN BRIDGES SERVICES | 88.81 |
| 140 FLORA AVE #114 | |
| WALNUT CREEK, CA 94595 | |
| GREAT AMERICAN FUN CORP. | 2,857.04 |
| 3656 PARAGON DRIVE | |
| COLUMBUS, OH 43228 | |

Deloitte and Touche
50 Fremont St.
San Francisco, CA 94105-2230

Dennis Foland Inc.
dba Charm Co.
1630-B Berryessa Rd.
San Jose, CA 95133

Department of Labor
Unemployment Compensatin Division
200 Folly Brook Blvd.
Wethersfield, CT 06109

Dept. of Labor and Industries
Bankruptcy Section
P.O. Box 44170
Olympia, WA 98504-4170

Deway Ballantine
1301 Avenue of the Americas
New York, NY 10019-6092

Diane Tillemans
425 Refections Circle 125
San Ramon CA 94583

Dina L. Yunker
Assistance Attorney General
900 Fourth Ave. #2860
Seattle, WA 98164

Dipco Products Co. Inc.
Robert Stone
803 Main St.
Hackensack, NJ 07601

Don Fernandez Productions
Marci Fernandez
PO Box 24612
San Jose, CA 95154

Don Fernandez Productions
P.O. Box 24612
San Jose, CA 95154

Don Regeth
12305 SW Pioneer Lane
Beaverton OR 97005

Donahue Schriber
Thomas J. Leanse, Esq.
Katten Muchin & Zavis
1999 Avenue of the Stars, #1400
Los Angeles, CA. 90067

Doris Lee
1456 12th Avenue
San Francisco CA 94122

Dowling Magnet Co.
Jane Schneider
PO Box 1829
Sonoma, CA 95476

Dowling Miner Magnet
c/o Jane Schneider
P.O. Box 1827
Sonoma, CA 95476

Dun Bradstreet
Information Services
P O Box 92542
Chicago IL 60675

Duncan Oys Co.
Flambeau Products Corp.
PO Box 97
Middlefield, OH 44062

Duracell USA
Gregg A. Dwyer
Berkshire Corp. Park
Bethel, CT 06801

Duracell, U.S.A.
Attn: Ngozi Watts
Birkshire Corporate Park
Bethel, CT 06801

Duracell, U.S.A.
Attn: Ngozi Watts
Birkshire Corporate Park
Bethel, CT 06801

Durkan Patterned Carpet, Inc.
PO Box 1006
Dalton, GA 30722

E W H SCONDIDO ASSOCIATES
DBA NORTH COUNTY FAIR ATTN:
MGT OFF 272E VIA RANCHO PKWY
ESCONDIDO CA 92025

EAGLE CREEK INC
1740 LA COSTA MEADOWS DR.
SAN MARCOS CA 92069

EAGLE CREEK INC
C O WALTER ADEKUNLE
33097 CALISTOGA STREET
UNION CITY CA 94587

EDEN TOYS
C O CARRIE CABALLERO
56 HILLBROOK
PORTOLA VALLEY CA 94028

EDEN TOYS
CHURCH STREET STATION
P O BOX 10060
NEW YORK NY 10259-0001

EDMARK CORPORATION
CIO TODD ZAMBROVITZ
6727 185TH AVENUE NE
REDMOND WA 98052

EDMARK CORPORATION
P O BOX 97021
REDMOND WA 98073-9721

EDUCATIONAL INSIGHTS
C O JAN FOX
608 PINOT COURT
CLAYTON CA 94517

EDUCATIONAL DESIGN INC
345 HUDSON STREET
NEW YORK NY 10014

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

RE: Imaginarium Inc.

Debtor(s)

Case: 96-45071

AUTHORITY TO ACT
Limited Power of Attorney
**Limited to one Transaction**

1. RC2 Corporation, for its subsidiary, Learning Curve International, Inc., successor by acquisition to, Eden Toys, Inc. with a tax identification number of **36-4088307**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of $9,825.05 (the "UNCLAIMED FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the UNCLAIMED FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the UNCLAIMED FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall be come effective on the below signed date and shall expire 180 days from the date hereof or upon collection of the aforementioned unclaimed funds.

Sign: ~~Doris M. Koopmann~~ Jody L. Taylor, CFO

Date: 8/18, 2004

**Jody L. Taylor**
Chief Financial Officer
1111 West 22nd St. Suite 320
Oak Brook, IL 60523
www.rc2corp.com
Phone: 630.573.7328
Fax: 630.573.7578
email: jltaylor@rc2corp.com

Affix Corporate Seal Below
Or if Corporate Seal Unavailable Sign Affidavit Below

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*
BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for RC2 Corporation is presently unavailable to the undersigned.
Signature and Title_____

STATE OF Illinois )    COUNTY OF DuPage )

On this 8th day of August, 2004, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Doris M. Koopmann known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.
NOTARY PUBLIC: Kim J. Neville
My Commission expires 12-11-04

OFFICIAL SEAL
KIM J. NEVILLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-11-2004

# PROOF OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on 9/28/2004 a copy of the Application for Release of Unclaimed Funds with Affidavits was served on the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102 by U.S. Mail.

Dated: 9/28/2004

Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for RC2 Corporation



TESS - Document Display

United States Patent and Trademark Office

Home | Index | Search | System Alerts | eBusiness Center | News & Notices | Contact Us

Trademark Electronic Search System(Tess)

TESS was last updated on Fri Aug 27 04:35:29 EDT 2004

PTO Home | Trademark | Tess Home | New User | Structured | Free Form | Browse Dict | Bottom | Help | Prev List | Curr List | Next List
First Doc | Prev Doc | Next Doc | Last Doc

Logout Please logout when you are done to release system resources allocated for you.

Start List At: OR Jump to record: **Record 11 out of 11**

Check Status (TARR contains current status, correspondence address and attorney of record for this mark. Use the "Back" button of the Internet Browser to return to TESS)

Typed Drawing

| | |
|---|---|
| Word Mark | EDEN |
| Goods and Services | IC 028. US 022. G & S: CHILDREN'S TOYS-NAMELY, STUFFED PLUSH DOLLS, STUFFED TOY ANIMALS, HAND PUPPETS, [ STUFFED TOY FRUITS AND VEGETABLES, STUFFED TOY MOTHER GOOSE CHARACTERS AND SUBJECTS, ] STUFFED MUSICAL TOY ANIMALS AND DOLLS; AND NURSERY ROOM TOYS-NAMELY, MOBILES FOR CRIBS, INCLUDING, MUSICAL MOBILES; AND CRIB MUSICALS-NAMELY, STUFFED TOY FIGURES AND CHARACTERS. FIRST USE: 19390605. FIRST USE IN COMMERCE: 19390605 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 72463694 |
| Filing Date | July 23, 1973 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Registration Number | 1000225 |
| Registration Date | December 24, 1974 |
| Owner | (REGISTRANT) EDEN TOYS, INC. CORPORATION NEW YORK 112 W. 34TH ST. NEW YORK NEW YORK 10120 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Type of Mark | TRADEMARK |

| | |
|---|---|
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Renewal | 1ST RENEWAL 19950222 |
| Live/Dead Indicator | LIVE |

PTO Home | Trademark | Tess Home | New User | Structured | Free Form | Browse Dict | Top | Help | Prev List | Curr List | Next List
First Doc | Prev Doc | Next Doc | Last Doc

HOME | INDEX | SEARCH | SYSTEM ALERTS | BUSINESS CENTER | NEWS&NOTICES | CONTACT US | PRIVACY STATEMENT

EXHIBIT A

10-K 1 rc2march04form10-k.htm RC2 MARCH 2004 FORM 10-K

# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form 10-K

[x] Annual Report pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2003.

[ ] Transition Report pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934 for the transition period from ___ to ___.

Commission file number 0-22635

RC2 Corporation
(Exact name of Registrant as Specified in Its Charter)

| | |
|---|---|
| Delaware | 36-4088307 |
| (State or Other Jurisdiction of Incorporation or Organization) | (IRS Employer Identification No.) |
| 800 Veterans Parkway, Bolingbrook, Illinois | 60440 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: 630-633-3000

Securities registered pursuant to Section 12(b) of the Exchange Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| NA | NA |

Securities registered pursuant to Section 12(g) of the Exchange Act:

Common Stock, Par Value $0.01 Per Share
(Title of class)

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes X No __

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

Indicate by check mark whether the Registrant is an accelerated filer (as defined in Exchange Act Rule 12b-2).
Yes X No __

Aggregate market value of the Registrant's common stock held by nonaffiliates as of June 30, 2003 (the last business day of the Registrant's most recently completed second quarter): $235,487,515. Shares of common stock held by any executive officer or director of the Registrant and any person who beneficially owns 10% or more of the outstanding common stock have been excluded from this computation because such persons may be deemed to be affiliates. This determination of affiliate status is not a conclusive determination for other purposes.

Number of shares of the Registrant's common stock outstanding as of March 2, 2004: 17,397,732

EXHIBIT B page 1

Case: 96-45071    Doc# 1276    Filed: 07/27/05    Entered: 07/28/05 09:33:18    Page 12 of 17

DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Proxy Statement for the 2004 Annual Meeting of the Stockholders of the Registrant are incorporated by reference into Part III of this report.

As used in this report, the terms "we," "us," "our," "RC2 Corporation" and the "Company" means RC2 Corporation and its subsidiaries, unless the context indicates another meaning, and the term "common stock" means our common stock, par value $0.01 per share.

Special Note Regarding Forward-Looking Statements

Certain statements contained in this report are considered "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995. These statements may be identified by the use of forward-looking words or phrases such as "anticipate," "believe," "could," "expect," "intend," "may," "hope," "plan," "potential," "should," "estimate," "predict," "continue," "future," "will," "would" or the negative of these terms or other words of similar meaning. Such forward-looking statements are inherently subject to known and unknown risks and uncertainties. Our actual results and future developments could differ materially from the results or developments expressed in, or implied by, these forward-looking statements. Factors that may cause actual results to differ materially from those contemplated by such forward-looking statements include, but are not limited to, those described under the caption "Risk Factors" in Item 1 of this report. We undertake no obligation to make any revisions to the forward-looking statements contained in this filing or to update them to reflect events or circumstances occurring after the date of this filing.

2

# Part I

## Item 1. Business

For information as to net sales, operating income and identifiable assets by geographic area, see the information set forth in note 4 to our consolidated financial statements included elsewhere herein.

Overview

We are a leading designer, producer and marketer of high-quality, innovative collectibles and toys targeted at adult collectors and children, as measured by sales and brand recognition. Our diverse product offerings include automotive, high performance and racing vehicle replicas; agricultural, construction and outdoor sports vehicle replicas; traditional children's toys; sports trading cards, apparel and souvenirs; and collectible figures. These products are sold under our market-focused brand names, including Racing Champions®, Ertl®, Ertl Collectibles®, Learning Curve®, American Muscle™, AMT®, W. Britain®, Press Pass®, Eden®, Feltkids®, JoyRide® and JoyRide Studios®. We support our brands and enhance the authenticity of our products by linking them with highly recognized licensed properties from high profile companies such as John Deere, Harley-Davidson, HIT Entertainment, Lamaze, Case New Holland, Polaris, Honda, Caterpillar, Ford, GM, DaimlerChrysler, NASCAR, NHRA, Texaco, Universal Studios, Warner Brothers, DIC Entertainment, Discovery Channel and Microsoft. Our products are marketed through multiple channels of distribution, including chain retailers, specialty and hobby wholesalers and retailers, dealer networks for original equipment manufacturers (OEMs) such as the John Deere dealer network, corporate accounts for promotional purposes and direct to consumers. We sell through more than 25,000 retail outlets located in North America, Europe, Australia and Asia Pacific.

Our die-cast replicas are produced in various sizes such as 1:9, 1:18, 1:24 and 1:64 scale. The "scale" measures the size of the product in proportion to the car, truck, tractor or other item being replicated, and a larger scale results in a smaller replica. For example, a 1:24 scale vehicle replica is approximately eight inches long whereas a 1:64 scale vehicle replica is approximately three inches long. For additional information regarding the process of die-casting, see "Production - Die-Casting."

Corporate History

We are a Delaware corporation that was originally formed in April 1996 as a holding company to combine the domestic operations of a privately held Illinois corporation formed in 1989 and the operations of four affiliated foreign corporations. We were originally named Collectible Champions, Inc. In 1997, we changed our name to Racing Champions Corporation before our initial public offering. In 2002, we changed our name to Racing Champions Ertl Corporation to reflect our integration of the business of The Ertl Company, Inc. In 2003, following our acquisition of Learning Curve International, Inc., we changed our name to RC2 Corporation.

EXHIBIT B page 2

Since our inception in 1989, we have capitalized on the popularity of themed collectibles and toys. We became well-known in the early 1990s for our officially licensed collectible die-cast replicas of popular race cars and subsequently expanded our product offering to include other automotive die-cast replicas. These products were primarily sold in the chain retailer channel under our Racing Champions brand.

On April 30, 1996, an investor group led by Willis Stein & Partners, L.P. and some members of our management consummated a recapitalization transaction in which our foreign and domestic operations were combined. This transaction was accounted for using the purchase method and provided us with a stronger platform to manage our business more effectively.

Following several years of strong growth, we completed an initial public offering in June 1997. In the offering, we sold approximately 5.4 million shares of common stock and received net proceeds of $68.7 million. This offering provided us with additional capital to grow our business through internal initiatives and acquisitions.

In June 1998, we acquired Wheels Sports Group, Inc. (subsequently renamed RC2 South, Inc.) for 2.7 million shares of our common stock. This transaction was accounted for as a pooling of interests. The purchase of Wheels Sports Group built upon our strength in the racing segment by expanding our product lines to include collectible sports trading cards, apparel and souvenirs.

In April 1999, we acquired The Ertl Company, Inc. (Ertl) for approximately $94.6 million in cash. This transaction was accounted for using the purchase method. Ertl is a producer and marketer of collectibles and toys focused on agricultural and heavy equipment die-cast vehicle replicas, classic and high performance die-cast vehicle replicas, custom-imprint die-cast vehicle replicas, preschool toys, collectible figures and hobby model kits.

3

On March 4, 2003, with an effective date of February 28, 2003, we acquired Learning Curve International, Inc. (Learning Curve) and certain of its affiliates (collectively, LCI) through the merger of a wholly owned subsidiary of RC2 with and into Learning Curve for approximately $104.4 million in cash (excluding transaction expenses) and 666,666 shares of our common stock, including $12 million in escrow to secure Learning Curve's indemnification obligations under the merger agreement. In the merger agreement, Learning Curve agreed to indemnify RC2 for losses relating to breaches of Learning Curve's representations, warranties and covenants in the merger agreement and for specified liabilities relating to Learning Curve's historical business. RC2 may make indemnification claims against the escrow account until the later of March 31, 2005 or the completion of the audit of RC2's financial statements for the year ending December 31, 2004. The amount in escrow was reduced to $10 million in May 2003 and to the extent that no claims are pending, the amount in escrow is scheduled to be reduced to $3 million in 2004. During the quarter ended December 31, 2003, Learning Curve settled litigation involving Playwood Toys, Inc. and the settlement amount was primarily funded through the escrow account. See "Item 3 - Legal Proceedings." Additional consideration of up to $6.5 million was contingent upon LCI product lines reaching certain sales and margin targets in 2003, but this contingent consideration will not be payable because the targets were not met in 2003. LCI develops and markets a variety of high-quality, award-winning traditional children's toys for every stage of childhood from birth through age eight. This transaction has been accounted for under the purchase method of accounting and accordingly, the operating results of LCI have been included in our consolidated financial statements since the effective date of the acquisition. The purchase was funded with our new credit facility (see note 6 to the consolidated financial statements). The excess of the aggregate purchase price over the fair market value of net assets acquired of approximately $39.8 million has been recorded as goodwill in the accompanying consolidated balance sheet as of December 31, 2003.

Products

We provide a diverse offering of highly detailed, authentic replicas and stylized toys known for their quality workmanship. Our products currently retail from $0.50 to $499.99. We have successfully expanded our product offering, which currently consists of five product categories. By offering a wide range of products at varying price points, we believe our products appeal to a broad range of consumers. The following chart summarizes our current product categories:

4

| Category | Key Licenses | Key Brands | |
|---|---|---|---|

Automotive, High Performance and

EXHIBIT B page 3

K to be signed on its behalf by the undersigned, thereunto duly authorized.

**RC2 CORPORATION**

Date: March 12, 2004

By: /s/ Curtis W. Stoelting
Curtis W. Stoelting, Chief Executive Officer

## POWER OF ATTORNEY

Each person whose signature appears below hereby appoints Curtis W. Stoelting and Jody L. Taylor, and each of them individually, his true and lawful attorney-in-fact, with power to act with or without the other and with full power of substitution and resubstitution, in any and all capacities, to sign any or all amendments to the Form 10-K and file the same with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents full power and authority to do and perform each and every act and thing requisite and necessary to be done in and about the premises, as fully to all intents and purposes as he might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents, or their substitutes, may lawfully cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this Form 10-K has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated

| Signature | Title | Date |
|---|---|---|
| /s/ Robert E. Dods<br>Robert E. Dods | Chairman of the Board and Director | March 12, 2004 |
| /s/ Boyd L. Meyer<br>Boyd L. Meyer | Vice Chairman and Director | March 12, 2004 |
| /s/ Curtis W. Stoelting<br>Curtis W. Stoelting | Chief Executive Officer and Director (Principal Executive Officer) | March 12, 2004 |
| /s/ Peter J. Henseler<br>Peter J. Henseler | President and Director | March 12, 2004 |
| /s/ Jody L. Taylor<br>Jody L. Taylor | Chief Financial Officer and Secretary (Principal Financial and Accounting Officer) | March 12, 2004 |
| /s/ Peter K.K. Chung<br>Peter K.K. Chung | Director | March 12, 2004 |
| /s/ Paul E. Purcell<br>Paul E. Purcell | Director | March 12, 2004 |
| /s/ John S. Bakalar<br>John S. Bakalar | Director | March 12, 2004 |

EXHIBIT B page 4

Case: 96-45071    Doc#: 1276    Filed: 07/27/05    Entered: 07/28/05 09:33:18    Page 15 of 17

EX-21 5 march04exhibit21to10k.htm MARCH 04 EXHIBIT 21 TO FORM 10-K

Exhibit 21

Subsidiaries of RC2 Corporation

The subsidiaries of RC2 Corporation as of December 31, 2003 are as follows:

| Name | Jurisdiction of Organization |
| --- | --- |
| Learning Curve International, Inc. | Delaware |
| RC2 Limited | Hong Kong |
| RC2 South, Inc. | North Carolina |
| RC2 Brands, Inc. | Delaware |
| Green's Racing Souvenirs, Inc. | Virginia |
| DiecastExpress.com, Inc. | Delaware |
| Racing Champions Worldwide Limited | United Kingdom |
| Racing Champions International Limited | United Kingdom |
| Bondco 988 Limited | United Kingdom |
| Acre 689 Limited | United Kingdom |
| Learning Curve Deutschland GmbH | Germany |
| Learning Curve Canada Holdco, Inc. | Delaware |
| Brigitta's Import Company | Nova Scotia, Canada |
| RC2 Australia Pty. Ltd. | Australia |
| LCI (H.K.) Limited | Hong Kong |
| RCE Holdings, LLC | Delaware |

All subsidiaries are wholly owned, directly or indirectly, by RC2 Corporation.

EXHIBIT B page 5

Case: 96-45071    Doc# 1276    Filed: 07/27/05    Entered: 07/28/05 09:33:18    Page 16 of 17

# Main Street One

*Integrity and Experience to Grow your Business*

Home   About   Customers   Services   Contents   Contact Us   Search & Links

## Eden

Home
About
Customers
Services
Contents
Contact Us
Search & Links

**to contact eden, email** cs@learningcurve.com, or call 800-704-8697

eden® is a brand of infants and toddler soft toys including rattles, musicals, baby dolls and sound toys, currently owned by RC2 (formerly Racing Cars International), as part of its acquisition of Learning Curve International (LCI) in 2003. The brand can be found in fine department and specialty independent stores throughout the US.

eden had been acquired by LCI in 2001. Prior to LCI's acquisition, eden operated independently as Eden Toys, Inc. with corporate offices in New York City and Jersey City, NJ with satellite offices in Atlanta, Boston, Chicago, Dallas, San Francisco and Los Angeles.

Main Street One professionals worked for Eden Toys for many years, including the founder, Paul Cronin

Home   About   Customers   Services   Contents   Contact Us   Search & Links

Copyright © 2003 Main Street One
Last modified: 06/03/04

**EXHIBIT C**